# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an Unincorporated Association,<br><br>Plaintiff,<br><br>v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship, FRED SCHAKEL, owner and operator, and SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator,<br><br>Defendants. | CIV F 054-0707 AWI SMS<br><br>ORDER TAKING DEFENDANTS'S MOTION TO DISMISS UNDER SUBMISSION |

Defendants's motion to dismiss is pending in this action and is set for hearing on Monday, October 17, 2005. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 17, 2005, is VACATED, and the parties shall not appear at that time. As of October 17, 2005, the Court will take Defendants's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    October 13, 2005                    /s/ Anthony W. Ishii**

| | |
|---|---|
| 1    0m8i78 | UNITED STATES DISTRICT JUDGE |