UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship, et al.,<br><br>　　　　Defendants. | 1:05-cv-00707-AWI-SMS<br><br>ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (DOC. 32)<br>**Vacated Hearing Date: January 13, 2006**<br><br>ORDER DEEMING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT SUBMITTED FOR DECISION |

　　　Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

　　　On November 22, 2005, Plaintiff filed a motion for leave to file a second amended complaint. On December 27, 2005, all Defendants filed a notice of non-opposition.

　　　Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the Plaintiffs' motion for leave to file a second amended complaint is a matter that may appropriately be submitted upon the record and briefs, including

1  the Plaintiffs' notice of motion and motion, memorandum of points
2  and authorities, and declaration filed in support thereof, and
3  Defendants' notice of non-opposition to the motion.
4      Accordingly, the hearing on the motion, presently set for
5  JANUARY 13, 2006, IS VACATED, and the motion IS DEEMED SUBMITTED
6  to the Court for decision.
7  IT IS SO ORDERED.
8  **Dated:   January 10, 2006**              /s/ Sandra M. Snyder
   icido3                            UNITED STATES MAGISTRATE JUDGE