UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship, et al.,<br><br>    Defendants. | 1:05-cv-00707-AWI-SMS<br><br>ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (DOC. 57)<br><br>**Vacated Hearing Date: May 26, 2006**<br><br>ORDER DEEMING PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT SUBMITTED FOR DECISION |

    Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

    On April 5, 2006, Plaintiff filed a motion for leave to file a third amended complaint, a memorandum, a declaration, a proposed complaint, and a proposed order. No Defendant has filed opposition or notice of non-opposition.

    Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the Plaintiffs' motion for leave to file a third amended complaint is a matter that may

1

1  appropriately be submitted upon the record and briefs heretofore
2  submitted.
3      Accordingly, the hearing on the motion, presently set for
4  May 26, 2006, IS VACATED, and the motion IS DEEMED SUBMITTED to
5  the Court for decision.
6  IT IS SO ORDERED.
7  **Dated:   May 24, 2006**                    **/s/ Sandra M. Snyder**
   icido3                                       UNITED STATES MAGISTRATE JUDGE