BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
AVINASH KAR, California Bar No. 240,190
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA 94102
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
Center on Race, Poverty & the Environment
1224 Jefferson Street, Suite 25
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiffs

**IN THE U.S. DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship, FRED SCHAKEL, owner and operator, SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator, AG RESOURCES III, a California Limited Liability Company, owner, and SOUTH LAKES DAIRY, a California General Partnership, owner and operator,<br><br>　　　　Defendants, | No.  1:05-CV-00707-OWW-SMS<br><br>**STIPULATION AND ORDER TO AUTHENTICATE DOCUMENTS BATES STAMP 000281 through 001590** |

1   Plaintiffs and Defendants stipulate to the authenticity of the documents produced by the
2   San Joaquin Valley Unified Air Pollution Control District at the October 25, 2006 depositions of
3   Mike Oldershaw, Sheraz Gill, and David Warner, Bates Stamp 000281 through 001590.

Dated: February 21, 2007         CENTER ON RACE, POVERTY & THE
                                 ENVIRONMENT

                                 /s/ Brent Newell
                                 Brent Newell
                                 Attorney for Plaintiff
                                 Association of Irritated Residents

Dated: February 21, 2007         DAVID R. ALBERS, INC.


                                 /s/ David R. Albers
                                 David R. Albers
                                 Attorney for Defendants Fred Schakel Dairy, Fred
                                 Schakel, Schakel Family Partnership, Ag Resources
                                 III, LLC, and South Lakes Dairy


IT IS SO ORDERED.

**Dated:   February 22, 2007**              **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE