1 | David R. Albers, Esq., State Bar #201423
DAVID R. ALBERS, INC.
2 | Attorney at Law
200 New Stine Road, Suite 220
3 | Bakersfield, CA 93309
Telephone: (661) 617-6240
4 | Facsimile: (661) 617-6238

5 | Attorneys for Defendants

6 |

7 | IN THE U.S. DISTRICT COURT

8 | FOR THE EASTERN DISTRICT OF CALIFORNIA

9 | FRESNO DIVISION

10 |

11 | ASSOCIATION OF IRRITATED RESIDENTS, an   )   CASE NO. 1:05-CV-00707-OWW-SMS
Unincorporated association                )
12 |                                          )   STIPULATION AND
                        Plaintiff,           )   PROTECTIVE
13 |                                          )   ORDER RE: INSPECTION OF
            vs.                              )   PROPERTY
14 |                                          )
FRED SCHAKEL DAIRY, a California Proprietorship )   **ORDER**
15 | FRED SCHAKEL, owner and operator, and SCHAKEL )
FAMILY PARTNERSHIP, a California Limited    )
16 | Partnership, owner and operator,          )
AG RESOURCES III, LLC, and SOUTH LAKES     )
17 | DAIRY                                     )
                                             )
18 |                    Defendants            )
                                             )
19 | _____ )

20 |        Pursuant to Rule 26(c) of the Federal Rules of Civil

21 | Procedure, by agreement of the parties to this action, and for

22 | good cause shown, it is hereby ordered:

23 |        1.   As used in this order, the term "Protected Information"

24 | means information disclosed, produced, discovered, photographed,

25 | filmed or otherwise obtained from the inspections of property

26 | commonly known as South Lakes Dairy located at 5595 Avenue 96,

PDF created with pdfFactory trial version www.pdffactory.com

1  Pixley, CA 93256, Tulare County, California. Protected
2  Information includes all copies and reproductions of such
3  information obtained by plaintiff as a result of such inspection,
4  which will occur at mutually agreeable times.

5      2.  The parties shall reach agreement on bio-security
6  protocols prior to the inspections.

7      3.  Protected Information shall not be disclosed or used by
8  plaintiff Association of Irritated Residents ("AIR"), members of
9  AIR, or by anyone acting by on AIR's behalf except for purposes
10  of litigation in this action, including settlement negotiations,
11  pretrial proceedings, preparation for trial, trial, and any
12  appeal. Members of AIR may not participate in the inspections
13  covered by this order. AIR's attorneys and experts may not
14  disclose Protected Information to members of AIR prior to
15  pretrial proceedings. Upon the occurrence of pretrial
16  proceedings, Protected Information may be disclosed to those
17  members of AIR who need to know for purposes of the trial in this
18  action.

19      4.  AIR's attorneys may make such copies of all or part of
20  the Protected Information as they deem necessary for purposes of
21  this action. Any such copy shall be protected in the same manner
22  as the originals.

23      5.  AIR's attorneys may disclose Protected Information only
24  as follows:

25      A.  AIR's attorneys may disclose Protected Information to
26  their staff, including legal interns, working with them for
   purposes of these proceedings, all of whom are bound by this

2

PDF created with pdfFactory trial version www.pdffactory.com

1

2　order without signing a copy of it;

3　　　B.　AIR's attorneys may disclose Protected Information to

4　such persons with whom they consult, or whom they retain, for

5　purposes of preparation for trial, trial proceedings, any other

6　proceedings in this action (including settlements), or any

7　appeal, but only if, prior to such disclosure, the person to whom

8　the Protected Information is disclosed signs an agreement to be

9　bound by this order; and

10　　　C.　AIR's attorneys may disclose Protected Information to

11　any person being deposed by AIR'S attorneys, provided that the

12　portions of the transcript (including exhibits) containing

13　Protected Information are protected in accordance with this

14　order, and provided further that prior to such disclosure the

15　deposition reporter, the deponent, and any other persons

16　present other than the parties' attorneys sign an agreement to be

17　bound by this order or agree on the record of the deposition to

18　be bound by this order. If the deponent discloses Protected

19　Information during the deposition, the deponent must identify

20　such information as protected and that information shall be

21　protected in accordance with this order.

22　　　6.　Any party may file with this Court such documents

23　containing Protected Information as the party deems necessary.

24　　　7. Attorneys for AIR shall make no disclosures of

25　Protected Information not expressly permitted by this order

26　without the prior written consent of Schakel's attorneys. If

AIR's attorneys are unable to obtain such consent, AIR may move

3

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
RE:  INSPECTION OF PROPERTY

PDF created with pdfFactory trial version www.pdffactory.com

1  the Court for an order permitting such additional disclosure,

2  provided that Schakel's attorneys are given at least 5 business

3  days written notice of the motion to permit Schakel's attorneys

4  to object. If Schakel's attorneys file written objections,

5  disclosure shall not be made unless the Court overrules the

6  objections.

7      8.   Within 60 days after the conclusion of this action,

8  the attorneys for AIR shall (a) obtain all Protected

9  Information, including notes of orally disclosed protected

10  information, from the persons to whom they have disclosed it and

11  shall then destroy all Protected Information in their

12  possession, and (b) forward copies of all signed agreements to

13  be bound by this protective order to Schakel's attorneys. The

14  terms of this order shall survive the conclusion of this action

15  unless otherwise agreed by all parties in writing.

16  APPROVED AS TO FORM AND CONTENT:

17  DATED:  February 20, 2007          Respectfully submitted,

18                                     DAVID R. ALBERS, INC.

19                                     /s/ David R. Albers
                                       David R. Albers
20                                     Attorneys for FRED SCHAKEL
                                       DAIRY, FRED SCHAKEL, SCHAKEL
21                                     FAMILY PARTNERSHIP, AG
                                       RESOURCES III, LLLC AND
22                                     SOUTH LAKES DAIRY

23  DATED:  February 20, 2007          CENTER ON RACE, POVERTY & THE
                                       ENVIRONMENT
24
                                       /s/ Brent Newell __
25                                     Brent Newell
                                       Attorneys for Plaintiff
26                                     Association of Irritated
                                       Residents

4

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
RE:  INSPECTION OF PROPERTY

PDF created with pdfFactory trial version www.pdffactory.com

1   ORDER

2   Good Cause Appearing, IT IS SO ORDERED

3

4   Dated:  2/27/2007                    /s/ Sandra M. Snyder
                                         Sandra M. Snyder
5                                        United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
RE:   INSPECTION OF PROPERTY

PDF created with pdfFactory trial version www.pdffactory.com