1  BRENT J. NEWELL, California Bar No. 210,312
   LUKE W. COLE, California Bar No. 145,505
2  AVINASH KAR, California Bar No. 240,190
   Center on Race, Poverty & the Environment
3  47 Kearny Street, Suite 804
   San Francisco, CA 94108
4  (415) 346-4179
   (415) 346-8723 fax
5

6  CAROLINE FARRELL, California Bar No. 202,871
   Center on Race, Poverty & the Environment
7  1302 Jefferson Street, Suite 2
   Delano, CA 93215
8  (661) 720-9140
   (661) 720-9483 fax
9

Attorneys for Plaintiff

## IN THE U.S. DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> FRED SCHAKEL DAIRY, a California Proprietorship, FRED SCHAKEL, owner and operator, SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator, AG RESOURCES III, a California Limited Liability Company, owner, and SOUTH LAKES DAIRY, a California General Partnership, owner and operator, <br><br> Defendants, | No. 1:05-CV-00707-OWW-SMS <br><br> **STIPULATION AND ORDER TO AUTHENTICATE DOCUMENTS BATES STAMP 010001 through 012081** |

Plaintiff Association of Irritated Residents and Defendants Fred Schakel Dairy, *et al*. ("Schakel") stipulate to the authenticity of documents produced by Schakel, Bates Stamp 010001 through 012081.

Dated: June 1, 2007                     CENTER ON RACE, POVERTY & THE
                                        ENVIRONMENT

                                        /s/ Brent Newell
                                        Brent Newell
                                        Attorney for Plaintiff
                                        Association of Irritated Residents

Dated: June 1, 2007                     DAVID R. ALBERS, INC.


                                        /s/ David R. Albers
                                        David R. Albers
                                        Attorney for Defendants Fred Schakel Dairy, Fred
                                        Schakel, Schakel Family Partnership, Ag Resources
                                        III, LLC, and South Lakes Dairy


**ORDER**




IT IS SO ORDERED.

**Dated:   June 4, 2007**                    /s/ **Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE