DAVID R. ALBERS (SB #201423)
ALBERS, BARNES & KOHLER, LLP
1401 Commercial Way, Suite 220
Bakersfield, CA 93309
Telephone: (661) 716-3900
Facsimile: (661) 716-3899

DAVID DOUGLAS DOYLE (SB#100595)
DOYLE, FIKE & WATSON
1233 West Shaw Avenue, Suite 106
Fresno, CA 93711
Telephone: (559) 229-2200
Facsimile: (559) 225-5504

LEE N. SMITH (SB #138071)
MELISSA A. FOSTER (SB #226755)
STOEL RIVES LLP
770 L Street, Suite 800
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship; FRED SCHAKEL, owner and operator; SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator; AG RESOURCES III, a California Limited Liability Company, owner; and SOUTH LAKES DAIRY, a California general partnership, owner and operator,<br><br>Defendant. | Case No. 1:05-cv-00707-OWW-SMS<br><br>*AMENDED* STIPULATION TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT;<br><br>ORDER<br><br>Complaint filed:    06/01/05<br><br>Judge:    Hon. Sandra M. Snyder |

Pursuant to Court Order dated July 3, 2007, Plaintiff was required to file its Fourth Amended Complaint on or about July 6, 2007. Defendants, in turn, were scheduled to respond on or about August 6, 2007. On or about July 18, 2007, Defendants associated additional counsel

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

*AMENDED* STIPULATION TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT; [PROPOSED] ORDER         -1-         1:05-CV-00707-OWW-SMS

Portlnd3-1595506.1 0060014-00004

PDF created with pdfFactory trial version www.pdffactory.com

that require time to review the extensive documents and pleadings related to this matter prior to responding to the Fourth Amended Complaint. Therefore, the parties to this stipulation, through their respective attorneys, hereby stipulate and respectfully request as follows:

Defendants have up to and including until August 20, 2007 to answer or otherwise respond to Plaintiff's Fourth Amended Complaint.

DATED: August 2, 2007          **STOEL RIVES LLP**

By: /S/_____
    LEE N. SMITH
    Attorneys for Defendants

DATED: August 2, 2007          **CENTER ON RACE, POVERTY & THE ENVIRONMENT**

By: /S/_____
    LUKE W. COLE
    Attorneys for Defendants

IT IS SO ORDERED.

DATED:  8/3/2007

          /s/ Sandra M. Snyder
    Magistrate Judge of the United States District Court

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

*AMENDED* STIPULATION TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT;
Portlnd3-1595506.1 0060014-00004

-2-          1:05-CV-00707-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com