DAVID R. ALBERS (SB #201423)
ALBERS, BARNES & KOHLER, LLP
1401 Commercial Way, Suite 220
Bakersfield, CA  93309
Telephone:  (661) 716-3900
Facsimile:  (661) 716-3899

DAVID DOUGLAS DOYLE (SB#100595)
DOYLE, FIKE & WATSON
1233 West Shaw Avenue, Suite 106
Fresno, CA  93711
Telephone:  (559) 229-2200
Facsimile:  (559) 225-5504

LEE N. SMITH (SB #138071)
MELISSA A. FOSTER (SB #226755)
STOEL RIVES LLP
770 L Street, Suite 800
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship; FRED SCHAKEL, owner and operator; SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator; AG RESOURCES III, a California Limited Liability Company, owner; and SOUTH LAKES DAIRY, a California general partnership, owner and operator,<br><br>Defendants. | Case No. 1:05-CV-00707-OWW-SMS<br><br>**STIPULATION AND ORDER RE CONTINUING DEFENDANTS' MOTION TO DISMISS**<br><br>**[FRCP 12(b)(6)]**<br><br>Hearing Date: October 29, 2007<br>Time:  10:00 a.m.<br>Judge:  Hon. Oliver W. Wanger<br>Courtroom:  2<br><br>Complaint filed:  06/01/05<br>Discovery Cut-off:  12/31/07 |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel, that

Defendants' Motion to Dismiss set for hearing on October 1, 2007 be continued to October 29,

PDF created with pdfFactory trial version www.pdffactory.com

1  2007 at 10:00 a.m. before the Honorable Oliver W. Wanger.

DATED: September 6, 2007          **STOEL RIVES LLP**

By:/S/ _____
    LEE N. SMITH
    Attorneys for Defendants

DATED: September 6, 2007          **CENTER ON RACE, POVERTY AND THE ENVIRONMENT**

By:/S/ _____
    BRENT J. NEWELL
    Attorneys for Plaintiff

IT IS SO ORDERED:

Dated: 9/7/2007          /s/ OLIVER W. WANGER
    _____
    Judge of the United States District Court

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER RE CONTINUING DEFENDANTS' MOTION TO DISMISS     -2-     1:05-CV-00707-OWW-SMS

Portlnd3-1598379.1 0038158-00001

PDF created with pdfFactory trial version www.pdffactory.com