BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
AVINASH KAR, California Bar No. 240,190
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
Center on Race, Poverty & the Environment
1302 Jefferson Street, Suite 2
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiffs

# IN THE U.S. DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> FRED SCHAKEL DAIRY, a California Proprietorship, FRED SCHAKEL, owner and operator, SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator, AG RESOURCES III, a California Limited Liability Company, owner, and SOUTH LAKES DAIRY, a California General Partnership, owner and operator, <br><br> Defendants, | No. 1:05-cv-00707-OWW-SMS <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF, EXPERT DISCLOSURE DATES, NON-DISPOSITIVE MOTION FILING DEADLINE AND DISPOSITIVE MOTION FILING DEADLINE** |

1      **WHEREAS**, the parties are in settlement discussions with the assistance of Judge Sandra
2  M. Snyder;
3      **WHEREAS**, the deadline to disclose expert witnesses and file expert reports is currently
4  set for November 1, 2007;
5      **WHEREAS**, expert rebuttal reports are currently due to be filed on November 30, 2007;
6      **WHEREAS**, the discovery cut-off date is December 31, 2007; and
7      **WHEREAS**, Plaintiff changed the date of emissions sampling at the dairy facility site
8  from September 19-22, 2007 to October 18-22, 2007 at the parties' agreement;
9      **WHEREAS**, the non-dispositive motion filing deadline is January 15, 2008, with
10 motions to be heard before Judge Sandra M. Snyder on February 15, 2008 at 9:00 am;
11     **WHEREAS**, the dispositive motion filing deadline is January 30, 2008, with motions to
12 be heard before Judge Oliver W. Wanger on March 3, 2008 at 10:00 am; and
13     **WHEREAS**, the parties wish to extend the deadlines to provide appropriate time to file
14 expert reports, conduct necessary discovery, and to attempt to settle this matter.
15
16 NOW, THEREFORE, Plaintiff and Defendants stipulate as follows:
17     1.   The deadline for the parties to disclose expert witnesses and serve expert reports is
18 reset to December 1, 2007;
19     2.   The deadline for the parties to serve expert rebuttal reports is reset to December 31,
20 2007;
21     3.   The discovery cut-off date is extended to January 31, 2008;
22     4.   The deadline to file non-dispositive motions is extended to February 15, 2008, with
23 motions to be heard before Judge Sandra M. Snyder on March 14, 2008 at 9:00 am; and
24     5.   The deadline to file dispositive motions is extended to February 29, 2008, with
25 motions to be heard before Judge Oliver W. Wanger on March 31, 2008 at 10:00 am.
26
27
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DISCOVERY CUTOFF AND EXPERT DISCLOSURE DATES        1

| | | |
|---|---|---|
| 1 | Dated: October 5, 2007 | CENTER ON RACE, POVERTY & THE ENVIRONMENT |

/s/ Brent Newell
Brent Newell
Attorney for Plaintiff
Association of Irritated Residents

Dated: October 5, 2007                    STOEL RIVES, LLP


/s/ Lee Smith
Lee Smith
Attorney for Defendants Fred Schakel Dairy, Fred Schakel, Schakel Family Partnership, Ag Resources III, LLC, and South Lakes Dairy

IT IS SO ORDERED.

**Dated:   October 11, 2007**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DISCOVERY CUTOFF AND EXPERT DISCLOSURE DATES      2