1  DAVID R. ALBERS (SB #201423)
   DAVID R. ALBERS, INC.
2  200 New Stine Road, Suite 220
   Bakersfield, CA  93309
3  Telephone:  (661) 617-6240
   Facsimile:   (661) 617-6238
4
   DAVID DOUGLAS DOYLE (SB#100595)
5  DOYLE, FIKE & WATSON
   1233 West Shaw Avenue, Suite 106
6  Fresno, CA  93711
   Telephone:  (559) 229-2200
7  Facsimile:  (559) 225-5504

8  LEE N. SMITH (SB #138071)
   MELISSA A. FOSTER (SB #226755)
9  STOEL RIVES LLP
   770 L Street, Suite 800
10 Sacramento, CA  95814
   Telephone:  (916) 447-0700
11 Facsimile:  (916) 447-4781

12 Attorneys for Defendants

13                    UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15                        FRESNO DIVISION

16 ASSOCIATION OF IRRITATED                Case No. 1:05-CV-00707-OWW-SMS
   RESIDENTS, an unincorporated association,
17                                          **STIPULATION AND ORDER AFTER**
           Plaintiff,                       **TELEPHONIC SCHEDULING**
18                                          **CONFERENCE**
        v.
19                                          Date:         November 8, 2007
   FRED SCHAKEL DAIRY, a California         Time:         3:00 p.m.
20 Proprietorship; FRED SCHAKEL, owner and  Judge:        Hon. Oliver W. Wanger
   operator; SCHAKEL FAMILY                 Courtroom:  2
21 PARTNERSHIP, a California Limited
   Partnership, owner and operator; AG
22 RESOURCES III, a California Limited      Complaint filed:     06/01/05
   Liability Company, owner; and SOUTH      Discovery Cut-off: 01/31/08
23 LAKES DAIRY, a California general
   partnership, owner and operator,
24
           Defendants.
25

26

27

28

STIPULATION AND [PROPOSED] ORDER AFTER          -1-                    1:05-CV-00707-OWW-SMS
TELEPHONIC SCHEDULING CONFERENCE

Portlnd3-1606788.2 0038158-00001

PDF created with pdfFactory trial version www.pdffactory.com

1    The Court having heard Counsels' argument regarding Defendants' Ex Parte Application

2    To Continue Trial Date and Corresponding Dates, it is hereby ORDERED:

3

4                    **DATE**                              **PROCEEDING**

5        1)   12/14/07          Written Disclosure of Expert Witness and Exchange of
                                Expert Reports

6        2)   1/14/08           Exchange of Expert Rebuttal Witness Disclosure and
                                Reports
7
         3)   1/31/08           Full Discovery Cut-off
8
         4)   1/31/08 or        Expert Discovery Cut-off[1]
9             2/29/08

10       5)   3/20/08           Non-Dispositive Motion filing deadline

11       6)   4/5/08            Dispositive Motion filing deadline

12       7)   4/25/08, 9 a.m.   Motion hearing date for Non-Dispositive Motions
              Judge Snyder
13
         8)   5/5/08, 11 a.m.   Motion hearing date for Dispositive Motions
14            Judge Wanger

15       9)   6/2/08            Joint Pre-Trial Statement due

16       10)  6/9/08, 11:00 a.m. Pre-trial Conference
              Judge Wanger
17
         11)  7/8/08, 8:30 a.m. Trial begins
18            Judge Wanger

19       12)  Possible Reopening   If the Third Cause of Action is sustained per the Motion to
              of Discovery          Dismiss to be heard on January 14, 2008, then discovery as
20            Depending on          to only the Third Cause of Action shall re-open for sixty
              Court's Ruling on     days from the date of the Court's Order that sustains the
21            Third Cause of        Third Cause of Action.  The court indicated that it would
              Action.               attempt to issue an order on or about January 30, 2008.
22

23
     DATED:  November 16, 2007                        **STOEL RIVES** LLP
24

25

26
            [1] Subject to dispute and subject to further meet and confer, as Defendants believe more
27   time is required to complete expert depositions than is allowed by the January 31, 2008 discovery
     cut-off.
28

STIPULATI0N AND [PROPOSED] ORDER AFTER          -2-            1:05-CV-00707-OWW-SMS
TELEPHONIC SCHEDULING CONFERENCE

Portlnd3-1606788.2 0038158-00001,

PDF created with pdfFactory trial version www.pdffactory.com

1

By:/S/_____
LEE N. SMITH
Attorneys for Defendants

2

3

4   DATED:  November 16, 2007

**CENTER ON RACE, POVERTY AND THE ENVIRONMENT**

5

6

7

By:/S/_____
BRENT J. NEWELL
Attorneys for Plaintiff

8

9   IT IS SO ORDERED:

10      Dated:  November 19, 2007

/s/ OLIVER W. WANGER

_____

11

Judge of the United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STOEL RIVES LLP**
ATTORNEYS AT LAW
SACRAMENTO

STIPULATI0N AND [PROPOSED] ORDER AFTER
TELEPHONIC SCHEDULING CONFERENCE

-3-

1:05-CV-00707-OWW-SMS

Portlnd3-1606788.2 0038158-00001

PDF created with pdfFactory trial version www.pdffactory.com