DAVID R. ALBERS (SB #201423)
DAVID R. ALBERS, INC.
200 New Stine Road, Suite 220
Bakersfield, CA  93309
Telephone:  (661) 617-6240
Facsimile:   (661) 617-6238

DAVID DOUGLAS DOYLE (SB#100595)
DOYLE, FIKE & WATSON
1233 West Shaw Avenue, Suite 106
Fresno, CA  93711
Telephone:  (559) 229-2200
Facsimile:   (559) 225-5504

LEE N. SMITH (SB #138071)
MELISSA A. FOSTER (SB #226755)
STOEL RIVES LLP
770 L Street, Suite 800
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship; FRED SCHAKEL, owner and operator; SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator; AG RESOURCES III, a California Limited Liability Company, owner; and SOUTH LAKES DAIRY, a California general partnership, owner and operator,<br><br>Defendants. | Case No. 1:05-CV-00707-OWW-SMS<br><br>**STIPULATION AND ORDER AFTER TELEPHONIC SCHEDULING CONFERENCE**<br><br>Date:       November 8, 2007<br>Time:      3:00 p.m.<br>Judge:     Hon. Oliver W. Wanger<br>Courtroom:  2<br><br>Complaint filed:    06/01/05<br>Discovery Cut-off:  01/31/08 |

PDF created with pdfFactory trial version www.pdffactory.com

After meeting and conferring on disputed dates, the Parties hereby stipulate to amend the following deadlines contained in this Court's November 30, 2007 Order as noted in bold/underline below:

| | DATE | PROCEEDING |
|---|---|---|
| 1) | ~~12/14/07~~ **12/17/07** | Written Disclosure of Expert Witness and Exchange of Expert Reports |
| 2) | 1/14/08 | Exchange of Expert Rebuttal Witness Disclosure and Reports |
| 3) | 1/31/08 | Full Discovery Cut-off |
| 4) | ~~1/31/08 or 2/29/08~~ **2/15/08** | Expert Discovery Cut-off |
| 5) | 3/20/08 | Non-Dispositive Motion filing deadline |
| 6) | 4/5/08 | Dispositive Motion filing deadline |
| 7) | 4/25/08, 9 a.m. Judge Snyder | Motion hearing date for Non-Dispositive Motions |
| 8) | 5/5/08, 10 a.m. Judge Wanger | Motion hearing date for Dispositive Motions |
| 9) | 6/2/08 | Joint Pre-Trial Statement due |
| 10) | 6/9/08, 11:00 a.m. Judge Wanger | Pre-trial Conference |
| 11) | 7/8/08, 9:00 a.m. Judge Wanger | Trial begins |
| 12) | Possible Reopening of Discovery Depending on Court's Ruling on Third Cause of Action. | If the Third Cause of Action is sustained per the Motion to Dismiss to be heard on January 14, 2008, then discovery as to only the Third Cause of Action shall re-open for sixty days from the date of the Court's Order that sustains the Third Cause of Action. The court indicated that it would attempt to issue an order on or about January 30, 2008. |

DATED: December 7, 2007                **STOEL RIVES LLP**


By: /S/ _____
    LEE N. SMITH
    Attorneys for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

DATED: December 7, 2007

**CENTER ON RACE, POVERTY AND THE ENVIRONMENT**

By:/S/_____
    BRENT J. NEWELL
    Attorneys for Plaintiff

IT IS SO ORDERED:

    DATED: December 13, 2007

/s/ OLIVER W. WANGER

Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com