DAVID R. ALBERS (SB #201423)
DAVID R. ALBERS, INC.
200 New Stine Road, Suite 220
Bakersfield, CA  93309
Telephone:  (661) 617-6240
Facsimile:   (661) 617-6238

DAVID DOUGLAS DOYLE (SB#100595)
DOYLE, FIKE & WATSON
1233 West Shaw Avenue, Suite 106
Fresno, CA  93711
Telephone:  (559) 229-2200
Facsimile:   (559) 225-5504

LEE N. SMITH (SB #138071)
lnsmith@stoel.com
STOEL RIVES LLP
770 L Street, Suite 800
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendants FRED SCHAKEL DAIRY; FRED SCHAKEL; SCHAKEL FAMILY PARTNERSHIP; AG RESOURCES III; and SOUTH LAKES DAIRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship; FRED SCHAKEL, owner and operator; SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator; AG RESOURCES III, a California Limited Liability Company, owner; and SOUTH LAKES DAIRY, a California general partnership, owner and operator,<br><br>Defendant. | Case No. 1:05-CV-00707-OWW-SMS<br><br>**DEFENDANTS'** *EX PARTE* **APPLICATION TO SEAL EXPERT REPORTS AND EXHIBITS**<br><br>**ORDER**<br><br><br>Complaint filed:    06/01/05<br>Discovery Cut-off: 01/31/08<br>Trial Date:              05/28/08 |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DEFENDANTS' *EX PARTE* APPLICATION TO SEAL EXPERT REPORTS/EXHIBITS; [PROPOSED] ORDER

-1-

1:05-CV-00707-OWW-SMS

Portlnd3-1609459.1 0038158-00001

PDF created with pdfFactory trial version www.pdffactory.com

## I. Introduction

Counsel for Defendants Fred Schakel Dairy; Fred Schakel; Schakel Family Partnership; Ag Resources III; and South Lakes Dairy ("Defendants" or "Schakel") submit this *Ex Parte* Application to seal Expert Reports and Exhibits filed herewith. This application is based on the Application, the Points and Authorities contained herein, relevant documents in the Court's file, and the attached Declaration of Lee N. Smith. This Application is filed *ex parte* because Defendants were required to file their Expert Reports today, pursuant to the Court's original Scheduling Order, and did not wish to delay filing due to this procedure. Further, the volume of the exhibits filed by Defendants was several thousand pages long, and Defendants do not want to burden the Court with hard copies of those exhibits.

## II. Points and Authorities

The Court has broad authority to schedule is own cases in the most efficient manner available. (*See* FRCP 16 and 83; L-R 16-240, and L-R 39-141 (concerning sealed documents).) Defendants have filed the following expert reports and exhibits thereto:

1. Expert Report of Robert Fuhrman concerning economic issues;
2. Expert Report of Michael Edwards concerning tax issues;
3. Expert Report of Charles Schmidt concerning analytical issues;
4. Expert Report of Tom Card concerning analytical issues; and
5. Expert Report of John Schaap concerning analytical issues.

At several junctures during this matter, the Court and Magistrate Judge Snyder have ordered[1] that confidential financial information and certain analytical information not be used for purposes outside of this litigation, which is the basis for this Application.

---

[1] These Orders are: Stipulation and Protective Order re Documents Produced Pursuant to Plaintiff's Request for Production No. 26 and 27 dated 5/22/06; Stipulation and Protective Order re Documents Produced Pursuant to Plaintiff's Request for Production No. 35, 40, 43, 44 and 46 and Interrogatory Nos. 5-7 dated 11/13/06; and Stipulation and Protective Order re Inspection of Property dated 2/27/07.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DEFENDANTS' *EX PARTE* APPLICATION TO SEAL EXPERT REPORTS/EXHIBITS; [PROPOSED] ORDER

-2-

1:05-CV-00707-OWW-SMS

Portlnd3-1609459.1 0038158-00001

PDF created with pdfFactory trial version www.pdffactory.com

**III.     Conclusion**

Based on the foregoing, Defendants request that the Court confidentially seal all Expert Reports and Exhibits thereto electronically filed by Defendants on December 16-17, 2007 by moving them to a non-public server or by not making them available on the public case docket.

DATED:  December 17, 2007.

STOEL RIVES LLP

By:/S/_____
    LEE N. SMITH
    Attorneys for Defendants

IT IS SO ORDERED:

Dated: December 19, 2007         /s/ OLIVER W. WANGER
_____
Judge of the United States District Court

---

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DEFENDANTS' *EX PARTE* APPLICATION TO SEAL EXPERT REPORTS/EXHIBITS; [PROPOSED] ORDER            -3-            1:05-CV-00707-OWW-SMS

Portlnd3-1609459.1 0038158-00001

PDF created with pdfFactory trial version www.pdffactory.com