BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
Center on Race, Poverty & the Environment
1302 Jefferson Street, Suite 2
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

CHARLES M. TEBBUTT, Oregon Bar No. 96,579
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
(541) 485-2471
(541) 485-2457 fax

Attorneys for Plaintiff

# IN THE U.S. DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>  Plaintiff,<br><br>  v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship, FRED SCHAKEL, owner and operator, SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator, AG RESOURCES III, a California Limited Liability Company, owner, and SOUTH LAKES DAIRY, a California General Partnership, owner and operator,<br><br>  Defendants, | No.  1:05-cv-00707-OWW-SMS<br><br>**STIPULATION AND ORDER TO SHORTEN TIME FOR PLAINTIFF AND CENTER ON RACE, POVERTY & THE ENVIRONMENT TO FILE MOTION TO QUASH SUBPOENA DUCES TECUM TO CENTER ON RACE, POVERTY & THE ENVIRONMENT**<br><br>Date:   January 25, 2008<br>Time:   9:30 am<br><br>Courtroom 7<br><br>Hon. Sandra M. Snyder |

**WHEREAS**, Counsel for Defendants Fred Schakel Dairy, *et al.* served the Center on Race, Poverty & the Environment ("CRPE") with a subpoena duces tecum on December 28, 2007;

**WHEREAS**, CRPE and Plaintiff Association of Irritated Residents ("AIR") now seek to file a Motion to Quash the Subpoena;

**WHEREAS**, CRPE and AIR cannot file the Motion within the time limits specified by Local Rule 78-230 and have the motion heard by the January 28, 2008 deposition date that counsel for Schakel has noticed.

NOW, THEREFORE, CRPE, AIR and Defendants stipulate as follows:

1. The hearing on the Motion to Quash is set for January 25, 2008 at 9:30 am;
2. Defendants shall file their opposition to the Motion by January 18, 2008; and
3. CRPE and AIR may file an optional reply brief by January 23, 2008.
4. By agreeing to shorten time, Defendants are not waiving their right to challenge the scope of the Motion; CRPE and Plaintiff do not concede that Defendants have a right to challenge the scope of the Motion.

Dated: January 8, 2008          CENTER ON RACE, POVERTY & THE ENVIRONMENT

/s/ Brent Newell
Brent Newell
Attorney for Plaintiff
Association of Irritated Residents and CRPE

Dated: January 8, 2008          STOEL RIVES, LLP

/s/ Lee Smith
Lee Smith
Attorney for Defendants
Fred Schakel Dairy, *et al.*

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME                    1

1  IT IS SO ORDERED.

2  **Dated:     January 10, 2008**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE