1  BRENT J. NEWELL, California Bar No. 210,312
   LUKE W. COLE, California Bar No. 145,505
2  Center on Race, Poverty & the Environment
   47 Kearny Street, Suite 804
3  San Francisco, CA 94108
   (415) 346-4179
4  (415) 346-8723 fax

5  CAROLINE FARRELL, California Bar No. 202,871
   Center on Race, Poverty & the Environment
6  1302 Jefferson Street, Suite 2
   Delano, CA 93215
7  (661) 720-9140
   (661) 720-9483 fax
8

9  CHARLES M. TEBBUTT, Oregon Bar No. 96,579
   Western Environmental Law Center
10 1216 Lincoln Street
   Eugene, OR 97401
11 (541) 485-2471
   (541) 485-2457 fax
12

13 Attorneys for Plaintiff

**IN THE U.S. DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> FRED SCHAKEL DAIRY, a California Proprietorship, FRED SCHAKEL, owner and operator, SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator, AG RESOURCES III, a California Limited Liability Company, owner, and SOUTH LAKES DAIRY, a California General Partnership, owner and operator, <br><br> Defendants, | No. 1:05-cv-00707-OWW-SMS <br><br> **ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY** |

Good cause appearing, Plaintiff's *Ex Parte* Application for Extension of Time to Respond to Discovery is granted.

    1. Plaintiff shall serve responses to Defendant Schakel Family Partnership's First Set of Requests for Production of Documents and First Set of Interrogatories no later than February 9, 2008.

    2. Plaintiff shall serve responses to Defendant South Lakes Dairy's First Set of Interrogatories no later than February 9, 2008.

IT IS SO ORDERED.

**Dated:     February 1, 2008**                              /s/ Sandra M. Snyder
                                                                              UNITED STATES MAGISTRATE JUDGE