1  BRENT J. NEWELL, California Bar No. 210,312
   LUKE W. COLE, California Bar No. 145,505
2  SOFIA L. SARABIA, California Bar No. 221,379
   Center on Race, Poverty & the Environment
3  47 Kearny Street, Suite 804
   San Francisco, CA 94108
4  (415) 346-4179
   (415) 346-8723 fax
5

6  CAROLINE FARRELL, California Bar No. 202,871
   Center on Race, Poverty & the Environment
7  1302 Jefferson Street, Suite 2
   Delano, CA 93215
8  (661) 720-9140
   (661) 720-9483 fax
9

   CHARLES M. TEBBUTT, Oregon Bar No. 96,579
10 Western Environmental Law Center
   1216 Lincoln Street
11 Eugene, OR 97401
   (541) 485-2471
12 (541) 485-2457 fax

13 Attorneys for Plaintiff

14                     **IN THE U.S. DISTRICT COURT**

15              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

16                          **FRESNO DIVISION**

17

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, | No. 1:05-CV-00707-OWW-SMS |
| Plaintiff, | **ORDER ON JOINT APPLICATION FOR SCHEDULING CONFERENCE, VACATE SCHEDULE, AND EXTEND EXPERT DISCOVERY CUT-OFF** |
| v. | |
| FRED SCHAKEL DAIRY, a California Proprietorship, FRED SCHAKEL, owner and operator, SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator, AG RESOURCES III, a California Limited Liability Company, owner, and SOUTH LAKES DAIRY, a California General Partnership, owner and operator, | |
| Defendants, | |

Good cause appearing, the Joint Application to Set Scheduling Conference, Vacate Current Schedule, and to Extend Expert Discovery Cut-Off is granted.

1. The current schedule (Docket #201), including without limitation the Expert Discovery Cut-off, and the Dispositive and non-Dispositive Motion Cut-off dates, is vacated;

2. Expert discovery cut-off is reset from February 15, 2008 to May 15, 2008; and

3. The Court will hold a further scheduling conference upon entry of its order on the Motion to Dismiss (Docket #160).


Dated: March 18, 2008          /s/ OLIVER W. WANGER
                               Hon. Oliver W. Wanger
                               U.S. District Judge