1  DAVID R. ALBERS (SB #201423)
   DAVID R. ALBERS, INC.
2  200 New Stine Road, Suite 220
   Bakersfield, CA  93309
3  Telephone:  (661) 617-6240
   Facsimile:   (661) 617-6238
4
   DAVID DOUGLAS DOYLE (SB#100595)
5  DOYLE, FIKE & WATSON
   1233 West Shaw Avenue, Suite 106
6  Fresno, CA  93711
   Telephone:  (559) 229-2200
7  Facsimile:   (559) 225-5504
8  LEE N. SMITH (SB #138071)
   MELISSA A. FOSTER (SB #226755)
9  STOEL RIVES LLP
   980 Ninth Street, Suite 1900
10 Sacramento, CA  95814
   Telephone:  (916) 447-0700
11 Facsimile:   (916) 447-4781
12 Attorneys for Defendants FRED SCHAKEL
   DAIRY; FRED SCHAKEL; SCHAKEL FAMILY
13 PARTNERSHIP; AG RESOURCES III, LLC; and
   SOUTH LAKES DAIRY
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17                          FRESNO DIVISION

18 ASSOCIATION OF IRRITATED               Case No. 1:05-CV-00707-OWW-SMS
   RESIDENTS, an unincorporated association,
19
                                          
20          Plaintiff,                     **STIPULATION AND ORDER AFTER
                                          TELEPHONIC STATUS
21     v.                                 CONFERENCE**

22 FRED SCHAKEL DAIRY, a California
   Proprietorship; FRED SCHAKEL, owner and
23 operator; SCHAKEL FAMILY
   PARTNERSHIP, a California Limited
24 Partnership, owner and operator; AG
   RESOURCES III, a California Limited
25 Liability Company, owner; and SOUTH
   LAKES DAIRY, a California general
26 partnership, owner and operator,

27          Defendants.

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER          -1-              1:05-CV-00707-OWW-SMS
AFTER TELEPHONIC STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

After meeting and conferring on disputed dates, the Parties hereby stipulate to the following deadlines pursuant to the Telephonic Status Conference held with Judge Snyder on March 31, 2008 and the Court's April 1, 2008 and April 4, 2008 Minute Orders:

| | DATE | PROCEEDING |
|---|---|---|
| 1) | 04/18/08 | • Last day for Defendants to request (via letter) that Judge Snyder review documents at issue in Defendants' Motion to Compel (Docket No. 273); Plaintiff submitted documents to the Court for in-camera review on February 22, 2008. |
| 2) | 04/18/08 | • Defendants' Opening Brief in Support of Defendants' Motion to Compel (Docket No. 251). |
| | | • Defendants' Notice of Motion and Motion to Compel re Plaintiff's Privilege Log, and Points and Authorities in Support of Same (not yet filed). |
| 3) | 05/02/08 | • Plaintiff's Opening Brief in Support of Motion to Compel (Docket No. 238). |
| | | • Plaintiff's Opposition to Defendants' Motions to Strike Expert Reports of Aneja and Pepper (Docket Nos. 274 and 275). |
| | | • Plaintiff's Opposition to Defendants' Motion to Compel (Docket No. 251). |
| | | • Plaintiff's Opposition to Defendants' Motion to Compel re Plaintiff's Privilege Log. |
| 4) | 05/09/08 | • Defendants' Opposition to Plaintiff's Brief in Support of Motion to Compel (Docket No. 238). |
| | | • Defendants' Reply in Support of Motion to Compel (Docket No. 251). |
| | | • Defendants' Reply in Support of Motions to Exclude Expert Reports of Aneja and Pepper (Docket Nos. 274 and 275). |
| | | • Defendants' Reply in Support of Defendants' Motion to Compel re Plaintiff's Privilege Log. |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
AFTER TELEPHONIC STATUS CONFERENCE

-2-

1:05-CV-00707-OWW-SMS

Portlnd3-1624628.1 0038158-00001

PDF created with pdfFactory trial version www.pdffactory.com

1        5)    06/13/08    •    Hearing Date (Docket Nos. 222, 238, 251, 273 (if necessary),
                 9:30 a.m.        274, 275, and Defendants' Motion to Compel (filed on or

2                     Judge Snyder        before April 18, 2008).

3

4    DATED:  April 7, 2008           **STOEL RIVES** LLP

5

6                               By: /s/LEE N. SMITH
7                                    LEE N. SMITH
                                Attorneys for Defendants

8

9    DATED:   April 7, 2008          **CENTER ON RACE, POVERTY AND
                            THE ENVIRONMENT**

10

11

12                               By:/S/ Brent Newell
13                                    BRENT J. NEWELL
                                Attorneys for Plaintiff

14

15

16    IT IS SO ORDERED:

17            DATED:  4/14/2008

18                               /s/ Sandra M. Snyder

                          Hon. Sandra M. Snyder

19                              U.S. Magistrate Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
AFTER TELEPHONIC STATUS CONFERENCE       -3-       1:05-CV-00707-OWW-SMS

Portlnd3-1624628.1 0038158-00001