BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
Center on Race, Poverty & the Environment
1302 Jefferson Street, Suite 2
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

CHARLES M. TEBBUTT, Oregon Bar No. 96,579
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
(541) 485-2471
(541) 485-2457 fax

Attorneys for Plaintiff

**FILED**
JUN 13 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE U.S. DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship, FRED SCHAKEL, owner and operator, SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator, AG RESOURCES III, a California Limited Liability Company, owner, and SOUTH LAKES DAIRY, a California General Partnership, owner and operator,<br><br>Defendants, | No. 1:05-CV-00707-OWW-SMS<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S OBJECTION AND *EX PARTE* APPLICATION TO STRIKE PORTIONS OF DEFENDANTS' REPLY TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO STRIKE<br><br>Date: January 28, 2008<br>Time: 10:00 am<br><br>Courtroom 3<br><br>Hon. Oliver W. Wanger |

1  Good cause appearing, Plaintiff's Objection and *Ex Parte* Application to Strike
2  Defendants' Reply to Plaintiffs' Supplemental Opposition to Defendants' Motion to Dismiss is
3  granted. The Court strikes the argument that AIR allegedly failed to exhaust administrative
4  remedies from the brief (Docket #254).

Dated: 6-10-08

HON. OLIVER W. WANGER
U.S. District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTION
AND *EX PARTE* APPLICATION TO STRIKE PORTIONS
OF DEFENDANTS' REPLY TO PLAINTIFF'S SUPPLEMENTAL
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS          1