| | |
|---|---|
| 1 | DAVID R. ALBERS (SB #201423) |
|   | DAVID R. ALBERS, INC. |
| 2 | 200 New Stine Road, Suite 220 |
|   | Bakersfield, CA  93309 |
| 3 | Telephone:  (661) 617-6240 |
|   | Facsimile:  (661) 617-6238 |
| 4 | |
|   | DAVID DOUGLAS DOYLE (SB#100595) |
| 5 | DOYLE, FIKE & WATSON |
|   | 1233 West Shaw Avenue, Suite 106 |
| 6 | Fresno, CA  93711 |
|   | Telephone:  (559) 229-2200 |
| 7 | Facsimile:  (559) 225-5504 |
| 8 | LEE N. SMITH (SB #138071) |
|   | MELISSA A. FOSTER (SB #226755) |
| 9 | STOEL RIVES LLP |
|   | 980 Ninth Street, Suite 1900 |
| 10 | Sacramento, CA  95814 |
|   | Telephone:  (916) 447-0700 |
| 11 | Facsimile:  (916) 447-4781 |
| 12 | Attorneys for Defendants FRED SCHAKEL |
|   | DAIRY; FRED SCHAKEL; SCHAKEL FAMILY |
| 13 | PARTNERSHIP; AG RESOURCES III, LLC; and |
|   | SOUTH LAKES DAIRY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, | | Case No. 1:05-CV-00707-OWW-SMS |
| Plaintiff, | | |
| v. | | ***AMENDED* STIPULATION AND ORDER RE CONTINUING DISCOVERY FOR DEPOSITION OF EXPERT VINEY P. ANEJA TO AUGUST 7, 2008** |
| FRED SCHAKEL DAIRY, a California Proprietorship; FRED SCHAKEL, owner and operator; SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator; AG RESOURCES III, a California Limited Liability Company, owner; and SOUTH LAKES DAIRY, a California general partnership, owner and operator, | | Complaint filed:    06/01/05<br>Discovery Cut-off:  06/30/08 |
| Defendants. | | |

PDF created with pdfFactory trial version www.pdffactory.com

1  After meeting and conferring on disputed dates, the Parties, subject to the Court's rulings
2  on pending Motions, hereby stipulate to continuing the deposition of Viney P. Aneja from June
3  16, 2008 until August 7, 2008.  The parties understand and agree that this date is beyond the June
4  30, 2008 discovery cut-off.

DATED:  June 13, 2008         **STOEL RIVES LLP**

By: /S/LEE N. SMITH
     LEE N. SMITH
     Attorneys for Defendants

DATED:  June 13, 2008         **CENTER ON RACE, POVERTY AND THE ENVIRONMENT**

By: /S/BRENT J. NEWELL
     BRENT J. NEWELL
     Attorneys for Plaintiff

IT IS SO ORDERED:

Dated:  6/16/2008

 /s/ Sandra M. Snyder
SANDRA M. SNYDER
Magistrate Judge of the U. S. District Court

---

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

*AMENDED* STIPULATION AND [PROPOSED] ORDER CONTINUING VINEY ANEJA DEPOSITION TO 8/7/08    -2-    1:05-CV-00707-OWW-SMS

Portlnd3-1631070.1 0038158-00001

PDF created with pdfFactory trial version www.pdffactory.com