```
1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF CALIFORNIA
8
9  ASSOCIATION OF IRRITATED      )   1:05-cv-0707 OWW SMS
   RESIDENTS, an unincorporated  )
10 association,                  )   ORDER AFTER STATUS
                                 )   CONFERENCE
11              Plaintiff,       )
                                 )
12      v.                       )
                                 )
13 FRED SCHAKEL DAIRY, a California )
   Proprietorship; FRED SCHAKEL, )
14 owner and operator; SCHAKEL   )
   FAMILY PARTNERSHIP, a California )
15 Limited Partnership, owner and )
   operator; AG RESOURCES III, a )
16 California Limited Liability  )
   Company, owner; and SOUTH LAKES )
17 DAIRY, a California general   )
   partnership, owner and operator, )
18                               )
                                 )
19              Defendants.      )
                                 )
20 _____)
```

On February 26, 2009, at 12:00 p.m. this matter came on for a Status Conference before the Honorable Oliver W. Wanger. Brent J. Newell, appeared for Plaintiff Association of Irritated Residents, and Lee N. Smith and David D. Doyle appeared for Defendants.

After discussing the status of EPA's proposed rulemaking, "Revisions to the California State Implementation Plan, San

1

Joaquin Valley Unified Air Pollution Control District," published at 73 Fed. Reg. 9360 (Feb. 20, 2008) (hereafter "EPA rulemaking"), the contents of the parties' joint status report, and taking argument from both sides regarding whether the Court should continue the stay in this matter,

IT IS HEREBY ORDERED:

The case shall remain stayed through May 31, 2009.

Parties shall meet and confer on May 1, 2009, at 10:00 a.m. to discuss the status of the EPA rulemaking and the proposed contents of a Joint Case Management Report ("Report"), which shall be filed no later than May 15, 2009.

The Report shall set forth the remaining tasks and outstanding discovery (including pending discovery motions), the effect on this case of an EPA final agency action on the EPA rulemaking, if any, and set forth a proposed schedule for the remainder of the case through trial.

IT IS SO ORDERED.

Dated:   March 26, 2009              /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE