FILED

MAY – 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED

APR 3 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  DAVID R. ALBERS (SB #201423)
   DAVID R. ALBERS, INC.
2  200 New Stine Road, Suite 220
   Bakersfield, CA 93309
3  Telephone: (661) 617-6240
   Facsimile: (661) 617-6238
4
   DAVID DOUGLAS DOYLE (SB#100595)
5  DOYLE & SCHALLERT
   1233 West Shaw Avenue, Suite 106
6  Fresno, CA 93711
   Telephone: (559) 227-2600
7  Facsimile: (559) 227-3600

8  LEE N. SMITH (SB #138071)
   MELISSA A. FOSTER (SB #226755)
9  STOEL RIVES LLP
   980 Ninth Street, Suite 1900
10 Sacramento, CA 95814
   Telephone: (916) 447-0700
11 Facsimile: (916) 447-4781

12 Attorneys for Defendants

13            UNITED STATES DISTRICT COURT

14           EASTERN DISTRICT OF CALIFORNIA

15                  FRESNO DIVISION

16 ASSOCIATION OF IRRITATED                 Case No. 1:05-CV-00707-OWW-SMS
   RESIDENTS, an unincorporated association,
17
                  Plaintiff,                [PROPOSED] ORDER RE
18                                          DEFENDANTS' *EX PARTE*
          v.                                APPLICATION TO FILE UNDER
19                                          SEAL:
   FRED SCHAKEL DAIRY, a California
20 Proprietorship; FRED SCHAKEL, owner and  OBJECTION TO PLAINTIFF'S
   operator; SCHAKEL FAMILY                 MOTION TO MODIFY PROTECTIVE
21 PARTNERSHIP, a California Limited         ORDERS AND MOTION FOR
   Partnership, owner and operator; AG      SANCTIONS FOR VIOLATION OF
22 RESOURCES III, a California Limited       PROTECTIVE ORDERS
   Liability Company, owner; and SOUTH
23 LAKES DAIRY, a California general
   partnership, owner and operator,         Date of Hearing: 05/29/09
24                                          Courtroom:       7
                  Defendants.               Judge:           Hon. Sandra M. Snyder
25

26      The Court having considered Defendants' *Ex Parte* Application to File Under Seal

27 "Objection to Plaintiff's Motion to Modify Protective Orders and Motion for Sanctions for

28 Violation of Protective Orders";

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER RE DEFENDANTS'
*EX PARTE* APPLICATION TO FILE UNDER SEAL          -1-          1:05-CV-00707-OWW-SMS
OBJECTION AND MOTION FOR SANCTIONS
Portlnd3-1665586.1 0038158-00001

1  IT IS HEREBY ORDERED:

2  Defendants' *Ex Parte* Application to File Under Seal Objection to Plaintiff's Motion to

3  Modify Protective Orders and Motion for Sanctions for Violation of Protective Orders is hereby

4  granted.

5  DATED:

6  May 4, 2009

7  _____
   Magistrate Judge of the United States District Court
   SM SNYDER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER RE DEFENDANTS'
*EX PARTE* APPLICATION TO FILE UNDER SEAL          -2-                    1:05-CV-00707-OWW-SMS
OBJECTION AND MOTION FOR SANCTIONS
Portlnd3-1665586.1 0038158-00001