DAVID R. ALBERS (SB #201423)
DAVID R. ALBERS, INC.
200 New Stine Road, Suite 220
Bakersfield, CA 93309
Telephone: (661) 617-6240
Facsimile: (661) 617-6238

DAVID DOUGLAS DOYLE (SB#100595)
DOYLE & SCHALLERT
1233 West Shaw Avenue, Suite 106
Fresno, CA 93711
Telephone: (559) 227-2600
Facsimile: (559) 227-3600

LEE N. SMITH (SB #138071)
MELISSA A. FOSTER (SB #226755)
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship; FRED SCHAKEL, owner and operator; SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator; AG RESOURCES III, a California Limited Liability Company, owner; and SOUTH LAKES DAIRY, a California general partnership, owner and operator,<br><br>Defendants. | Case No. 1:05-CV-00707-OWW-SMS<br><br>**ORDER RE OCTOBER 23, 2009 STATUS CONFERENCE**<br><br>Dates of Hearings: 12/17/2009 and 1/25/2010<br>Courtroom: 3<br>Judge: Hon. Oliver W. Wanger |

The Court having heard Counsels' arguments at the October 23, 2009 Status Conference;

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED:

Having reviewed the Joint Status Conference Statement (Doc. 370) and the two Supplemental Statements filed on October 21, 2009 (Doc. 435 and 436), the Court orders two motions set for hearing as follows:

1. The Court recognizes that no formal motion to lift the stay of this case has been filed, but in the interest of litigant and judicial economy, the Court considers Plaintiff Association of Irritated Residents' arguments in their status reports (Doc. 367, 370, and 436) to reflect AIR's motion and opening briefing. The hearing on the motion to lift the stay of this case will be held on December 17, 2009 at 12 p.m. before the Honorable Oliver W. Wanger, United States District Court, 2500 Tulare Street, Dept. 3, Fresno, California.

    (a) Defendants' Opposition shall be filed on or before November 13, 2009; and

    (b) Plaintiff's Reply shall be filed on or before November 23, 2009.

2. The motion to determine the applicability of Fed. R. Civ. P. 68 will be heard on January 25, 2010 at 10:30 a.m. before the Honorable Oliver W. Wanger, United States District Court, 2500 Tulare Street, Dept. 3, Fresno, California.

    (a) Defendants' Opening Brief shall be filed on or before November 18, 2009;

    (b) Plaintiff's Opposition shall be filed on or before December 11, 2009; and

    (c) Defendants' Reply shall be filed on or before January 4, 2010.

Dated: November 17, 2009     /s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
JUDGE OF THE UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com