Lee N. Smith (#138071)
Lsmith@ch-law.com
COLEMAN & HOROWITT, LLC
499 W. Shaw Avenue, Suite 116
Fresno, CA 93704
Phone: (559) 248-4820
Fax:    (559) 248-4830

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br>   Plaintiffs,<br>v.<br><br>FRED SCHAKEL DAIRY, a California Proprietorship, FRED SCHAKEL, owner and operator, SCHAKEL FAMILY PARTNERSHIP, a California Limited Partnership, owner and operator, AG RESOURCES III, a California Limited Liability Company, owner, and SOUTH LAKES DAIRY, a California General Partnership, owner and operator,<br>   Defendants. | Case No.: 1:05-CV-00707-LJO-SMS<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>Complaint Filed: June 1, 2005<br>Trial Date:    Vacated |

1. On or about June 1, 2005, Plaintiff filed this suit against Defendants.

2. After considerable discovery, the parties, upon mediation with Magistrate Sandra Snyder, entered into a Consent Decree, attached hereto as Exhibit A.

1
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON

3. Pursuant to the Consent Decree, the parties agreed to dismiss the case with prejudice upon the Defendants' full and complete performance of the terms of the Consent Decree.

4. As of this date, Defendants have fully and completely performed the terms of the Consent Decree.

5. Now, therefore, Plaintiff and Defendants, by and through their respective attorneys of record, hereby stipulate to the dismissal of this action in its entirety, with prejudice pursuant to the Consent Decree.

Respectfully submitted,

Dated: July 26, 2017          CENTER ON RACE, POVERTY & THE ENVIRONMENT

_____/s/_____
Brent J. Newell
Attorney for Plaintiff

Dated: July 26, 2017          COLEMAN & HOROWITT, LLP

_____/s/_____
Lee N. Smith,
Attorneys for Defendants

/ / /

/ / /

/ / /

ORDER

Based on the foregoing stipulation and otherwise finding good cause therefore, IT IS HEREBY ORDERED that this entire action be dismissed in its entirety, with prejudice, and without any award of attorney's fees or costs to either party except as provided in the Consent Decree.

IT IS SO ORDERED.

Dated: **September 21, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE